In the Matter of GRADE CROSSINGS IN THE CITY OF BATAVIA. NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.

Submitted February 26, 1940; decided March 5, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 570.)